HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABDUL HASHIMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-86 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ABDUL HASHIMI, | Date: July 28, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Brian A. Fogerty, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Abdul Hashimi, that the status conference scheduled for July 28, 2017, at 9:00 a.m., be vacated and the matter continued to August 11, 2017, at 9:00 a.m., for status conference.

Defense counsel has received extensive discovery and requires additional time to review discovery, investigate the facts of this case, and hold discussions with his client in furtherance of a resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this Court's order through and including August 11, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1          Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    DATED: July 10, 2017

           Respectfully submitted,

5

           HEATHER E. WILLIAMS

6
           Federal Defender

7
           */s/ Douglas J. Beevers*

8
           DOUGLAS J. BEEVERS
           Assistant Federal Defender

9
           Attorney for CHRISTOPHER COPPIN

10

11   DATED: July 10, 2017

           PHILLIP A. TALBERT
           United States Attorney

12
           */s/ Brian A. Fogerty*

13
           BRIAN A. FOGERTY
           Assistant U.S. Attorney

14
           Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date of the parties' stipulation, up to and including August 11, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 28, 2017 status conference shall be continued until August 11, 2017, at 9:00 a.m.

Dated: July 11, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge