HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABDUL HASHIMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-86 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| ABDUL HASHIMI, | ) Date: June 15, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Abdul Hashimi, stipulate that the status conference scheduled for June 15, 2018, at 9:00 a.m., be vacated and the matter continued to June 29, 2018, at 9:00 a.m. for a status conference.

Defense counsel requires additional time to conduct further investigation regarding potential mitigation, to engage in legal research, and to consult with the client regarding a possible resolution of this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 29, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order            -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 13, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for ABDUL BRASIER HASHIMI

DATED: June 13, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 29, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 15, 2018 status conference shall be continued until June 29, 2018, at 9:00 a.m.

Dated: June 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge