McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDUL BASIER HASHIMI,<br><br>Defendant. | CASE NO. 2:17-CR-86 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: January 18, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Abdul Basier Hashimi, by and through counsel Assistant Federal Defender Douglas J. Beevers, hereby agree and stipulate as follows:

The Court set a sentencing hearing for Hashimi to be conducted on January 18, 2019. ECF No. 31. The parties jointly request that the Court continue sentencing by two weeks and reset the sentencing hearing for February 1, 2019, at 9:00 a.m. The assigned probation officer has no objection to this two-week continuance of sentencing.

Dated: January 14, 2019                    McGREGOR W. SCOTT
                                                               United States Attorney

                                                       By: /s/ BRIAN A. FOGERTY
                                                               BRIAN A. FOGERTY
                                                               Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER

1

Dated: January 14, 2019        /s/ DOUGLAS J. BEEVERS
                               DOUGLAS J. BEEVERS
                               Counsel for Defendant
                               Abdul Basier Hashimi

**ORDER**

The Court, having received, read, and considered the parties' stipulation, vacates the sentencing hearing on January 18, 2019, and reset sentencing for February 1, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge