PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>ABDUL BASHIER HASHIMI,<br><br>                 Defendant. | CASE NO. 2:17-CR-00086-DJC<br><br>STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RETROACTIVE SENTENCE REDUCTION; ORDER<br><br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Shelley D. Weger, and defendant, by and through defendant's counsel of record, Assistant Federal Defender David M. Porter, hereby stipulate as follows:

1.    Defendant is currently serving a 151-month term of imprisonment with a projected release date of April 5, 2028. *See* ECF No. 38.

2.    On November 22, 2024, defendant, through counsel, filed a motion to reduce his previously imposed sentence from 151 months to 135 months, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821. *See* ECF No. 41.

///

///

///

3. Pursuant to this Court's Minute Order issued on November 22, 2024, ECF No. 43, the parties stipulate, agree, and request the Court enter the following briefing schedule:

    a) Government's Response to Defendant's motion is due: **January 22, 2025**;

    b) Defendant's Reply, if any, is due: **21 days** from the filing of the government's response.

IT IS SO STIPULATED.

Dated: November 27, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: November 27, 2024

/s/ DAVID M. PORTER
DAVID M. PORTER
Counsel for Defendant
ABDUL BASHIER HASHIMI

**ORDER**

Pursuant to the parties' joint stipulation for a briefing schedule:

The government's response to defendant's motion for a retroactive sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821, ECF No. 41, shall be filed by January 22, 2025; and

The defendant's reply, if any, shall be filed within 21 days from the filing of the government's response.

IT IS SO ORDERED this 27th day of November, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE