1  MICHELE BECKWITH
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:17-CR-00086-DJC
12 |              Plaintiff,          | ORDER SEALING GOVERNMENT'S EXHIBIT TWO TO UNITED STATES' OPPOSITION TO
13 |              v.                  | DEFENDANT'S MOTION FOR SENTENCE REDUCTION AND REQUEST TO SEAL
14 | ABDUL BASIER HASHIMI,            | DOCUMENTS
15 |              Defendant.          |

16

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's Exhibit Two to the United States'

19 Opposition to Defendant's Motion for a Sentence Reduction pertaining to defendant Abdul Bashier

20 Hashimi, and government's Request to Seal shall be SEALED until further order of this Court.

21        It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: January 24, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE